UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. CLARENCE SUTTON, Crim. No. 07-521 (WHW)

# PETITION FOR
# WRIT OF HABEAS CORPUS

1. CLARENCE SUTTON (SBI # 0000876614) is now confined at the New Jersey Department of Corrections, New Jersey State Prison in Trenton, New Jersey.

2. Said individual will be required at Newark, New Jersey, before the Hon. William H. Walls, U.S. District Judge, on April 16, 2008, at 9:30 a.m., for a guilty plea hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: March 27, 2008

Harvey Bartle, IV
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.
DATED: March ___, 2008

Hon. William H. Walls, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the New Jersey State Prison:
WE COMMAND YOU that you have the body of

CLARENCE SUTTON
(SBI # 0000876614)

now confined at the New Jersey State Prison brought before the United States District Court, the Hon. William H. Walls, U.S. District Judge, in the Martin Luther King Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey, on April 16, 2008 at 9:30 a.m., so that he may appear for a guilty plea hearing in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

        WITNESS the Honorable William H. Walls
        United States District Judge
        Newark, New Jersey.

DATED:

        WILLIAM T. WALSH
        Clerk of the U.S. District Court
        for the District of New Jersey

        Per: _____
                Deputy Clerk