HB/2003R00792

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 07-521 |
| CLARENCE SUTTON | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 07-521, against defendant Clarence Sutton, charging the defendant with possession of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B), because of the death of defendant.

_____
RALPH J. MARRA, JR.
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. WILLIAM H. WALLS
United States District Judge

Dated: 13 January 2009